## Vincent L. Knaus, Appellant, v. Osmer L. Waterman, Appellee.

**Gen. No. 45,507.**

Vincent L. Knaus, *pro se*; Harold C. Mautner, for appellee. Opinion by JUSTICE NIEMEYER. **Not to be published in full.** Opinion filed November 5, 1951; rehearing denied November 20, 1951; released for publication November 20, 1951.